UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT LIGON | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:13-0698 |
| | ] | Judge Sharp |
| UNITED STATES OF AMERICA | ] | |
| Respondent. | ] | |

# O R D E R

On November 15, 2013, an order (Docket Entry No. 5) was entered directing the United States Attorney for this judicial district to file an answer, plead or otherwise respond to the petitioner's *pro se* § 2255 Motion (Docket Entry No. 1) to vacate, set aside or correct sentence.

When the United States Attorney failed to comply with these instructions within the specified period of time, an order (Docket Entry No. 10) was entered giving him fourteen (14) days in which to show cause why the petitioner should not be granted the requested relief.

Presently before the Court are the government's Response (Docket Entry No. 13) to the petitioner's § 2255 Motion and the petitioner's "Motion for Summary Judgment and to Dismiss the Government's Response as Moot based on its Untimeliness" (Docket Entry No. 8).

Because the government has complied and filed a Response, the Court finds no merit in the petitioner's Motion for Summary Judgment. Accordingly, the Motion for Summary Judgment is hereby DENIED.

The petitioner is GRANTED thirty (30) days from the date of entry of this order on the docket in which to file whatever Reply to the Response that he may deem appropriate.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge