**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **ROBERT LIGON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | **CASE NO. 3:13-0698** |
| vs. ) | **JUDGE SHARP/KNOWLES** |
| ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**ORDER**

In this action brought under 28 U.S.C. § 2255, the Court has previously entered an Order directing the Clerk to send Movant a Financial Affidavit. Docket No. 22. Movant has completed the Financial Affidavit and has returned it to the Court.

It is apparent from the Affidavit that Movant qualifies for the appointment of counsel pursuant to 18 U.S.C. § 3006A.

Therefore, the Court determines that Movant is financially unable to employ counsel and appoints the office of the Federal Public Defender to represent him. Upon motion of the Government, the Court may order repayment or partial repayment from the Movant for the attorney and witness fees, if any, for the services should it appear that the Movant has such ability at a later time.

Appointed counsel shall enter an appearance in this action within fourteen (14) days of the date of entry of this Order. Thereafter, the Court will schedule a Case Management Conference to discuss the timing and logistics of the Evidentiary Hearing.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge