UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT LIGON | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-0698 |
| | ) | Judge Sharp/Knowles |
| UNITED STATES OF AMERICA | ) | |

**O R D E R**

Pursuant to the Order entered July 1, 2014, by the undersigned, the Case Management Conference is hereby set for **August 12, 2014, at 10:30 a.m.**

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge