IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LIGON, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| | )    CASE NO. 3:13-0698 |
| vs. | )    JUDGE SHARP/KNOWLES |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|      Defendant. | ) |

**ORDER**

Pursuant to the Court's prior Order (Docket No. 30), the Court held a Case Management Conference in this action on August 12, 2014. For the reasons stated on the record at the Case Management Conference, the Court will hold a status conference on September 22, 2014, at 10:30 a.m., for the purpose of setting an Evidentiary Hearing in this matter.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge